IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| VENICE PI, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Cause No. 2:17-cv-00350-JVB-JEM |
| DOE 1, et al., | ) ) |
| Defendants. | ) |

**NOTICE OF VOLUNTARY DISMISSAL AS TO DOE 1, ONLY**

Plaintiff, Venice PI, LLC, by counsel and pursuant to FED.R.CIV.P. 41(a)(1)(A)(i) and 41(a)(1)(B), respectfully notifies the Court of its voluntary dismissal, with prejudice, of its complaint against the Defendant identified in Exhibit 2 to the Complaint [DE 1-2] as Doe 1 (IP Address 172.78.56.174). Plaintiff's claims remain pending against Does 3-4, and 6-16.

Dated this 2nd day of April, 2018.

    /s/ R. Matthew Van Sickle           .
R. Matthew Van Sickle
Indiana State Bar No. 24430-41
Lynch Van Sickle, PLLC
201 Shannon Oaks Circle, Suite 200
Cary, North Carolina 27511
Telephone: (919) 469-5685
Email: rmv@lynchvansickle.com

*Attorney for Venice PI, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 2nd day of April, 2018, he electronically filed the foregoing "**NOTICE OF VOLUNTARY DISMISSAL AS TO DOE 1, ONLY**" with the Clerk of the Court using the CM/ECF system which will electronically send notification of such filing to the parties who have appeared in this case.

 /s/ R. Matthew Van Sickle            .
R. Matthew Van Sickle
Indiana State Bar No. 24430-41
Lynch Van Sickle, PLLC
201 Shannon Oaks Circle, Suite 200
Cary, North Carolina 27511
Telephone: (919) 469-5685
Email: rmv@lynchvansickle.com

*Attorney for Venice PI, LLC*